

ENTERED
01/22/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION

| IN RE: | § | CASE NO. |
|---|---|---|
| JESUS LIMON JR | § | 05-70963-M-13 |
| YOLANDA VILLARREAL LIMON | | |
| | § | |

### ORDER TO DEPOSIT FUNDS

It has come to the attention of this Court, that funds previously disbursed in the amount of $5,746.92, should be returned to the registry of the Court.   Funds will remain in the registry until further order.   Therefore,

It is ORDERED   that Keys Research, deposit the amount of $5,746.92, into the registry of the Court by no later than February 5, 2014

Signed this ___JAN 2 2 2014___ day of January, 2014

_____
RICHARD SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

