January 23,

Judge Richard Schmidt
US Bankruptcy Court, Texas Southern District
US Courthouse, 1133 N. Shoreline Blvd.
Rm. 221
Corpus Christi, Tx 78401

JAN 30 2014

RE: 2005 US Bankruptcy Court, Texas Southern District Court
Case No. 05-70963-M-13 for the amount of $5,746.92

Honorable R. Schmidt,

Hello. My name is John Rogers and I am presently incarcerated within TDCJ. According to documentation just received from the Washington State Dept. of Licensing, it has come to my attention that your court has signed a court order issuing the aforementioned funds to "Keys Research." Unfortunately these funds were issued to said company through fraud and misrepresentation. According to the investigator, Mr. James Clarkson, you have been sent the same documentation as me concerning this matter. Also according to this report your court notified him that it will be asking for the return of these funds. Now I just don't know what my next step is.

Unfortunately my father, John Rogers, is now deceased and being incarcerated I no longer have access to records of the many business transactions my father and I worked on together. Both he and I owned many properties and rentals with leases. And being that this particular filing happened in 2005, I have no complete recollection of what it could be as over the years there were many lawsuits and filings done.

At the moment thats as much information I can provide. If there are any questions that you may have, I am at your disposal. All answers will be provided truthfully under penalty of perjury in accordance with the law. With that in mind, can you please tell me what my next steps are in resolving this situation, so that I may hopefully appropriate these funds correctly as they would go a long way for me in here? Also, being indigent, may I please be provided with a copy of this case filing so I may put it in my records? Thank you. I humbly await your reply.

Sincerely
John Rogers

John Rogers #1635510
Allred Unit
2101 F.M. 369 North
Iowa Park, Tx. 76367